AARON D. FORD
 Attorney General
LEO T. HENDGES (Bar No. 16034)
 Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3795 (phone)
(702) 486-3773 (fax)
Email: lhendges@ag.nv.gov

*Attorneys for Interested Party*
*Nevada Department of*
*Corrections*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KENTRELL D. WELCH,<br><br>   Plaintiff,<br><br>vs.<br><br>M. MENNCHEM, et al.,<br><br>   Defendants. | Case No.  3:23-cv-00138-MMD-CSD<br><br><br>**STIPULATION AND PROPOSED ORDER TO DISMISS WITH PREJUDICE** |
| KENTRELL D. WELCH ,<br><br>   Plaintiff,<br><br>vs.<br><br>ROWLEY, et al.,<br><br>   Defendants. | Case No.  3:23-cv-00208-MMD-CSD<br><br><br>**STIPULATION AND PROPOSED ORDER TO DISMISS WITH PREJUDICE** |

1

2  KENTRELL D. WELCH ,                          Case No.  3:23-cv-00224-ART-CLB

3                    Plaintiff,

4  vs.

5  JAMES DZURENDA, et al.,                      **STIPULATION AND PROPOSED**
                                                **ORDER TO DISMISS WITH**
6                    Defendants.                 **PREJUDICE**

7

8         IT IS HEREBY STIPULATED by and between Kentrell D. Welch, in proper person,

9  and Interested Party NDOC, by and through counsel, Aaron D. Ford, Attorney General of

10  the State of Nevada, and Leo T. Hendges, Senior Deputy Attorney General, based upon the

11  Settlement Agreement between the parties at the Inmate Early Mediation Conference, that

12  the above-captioned actions should be dismissed with prejudice by order of this Court, with

13  each party to bear his own costs.

14  DATED this _21_ day of February, 2024.   DATED this _28th_ day of February, 2024

15

16                                            AARON D. FORD
                                              Attorney General
17

18

19  _____              By: _/s/ Leo T. Hendges_____
                                                LEO T. HENDGES, Bar No. 16034
20  KENTRELL D. WELCH
                                                Senior Deputy Attorney General
21  Plaintiff, *Pro Se*                         *Attorneys for Interested Party*

22

23                                            **IT IS SO ORDERED.**

24

25

26                                            **UNITED STATES DISTRICT JUDGE**

27                                            **DATED:** ___March 11, 2024_____

28